FILED

JUL 1 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **NO. 3:26-CR-** 88 |
| **v.** | ) | **JUDGES** Crytzer / Poplin |
| **ADDISON ISAIAH SELVIDGE,** | ) | |
| **Defendant.** | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about December 22, 2025, in the Eastern District of Tennessee, the defendant, ADDISON ISAIAH SELVIDGE, knowing he was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, and the firearm and ammunition were transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

1. The allegation contained in this Indictment is re-alleged and incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), the defendant, ADDISON ISAIAH SELVIDGE, shall forfeit to the United States under Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c),

any firearm or ammunition involved in or used in the commission of the offense, including the following:

a. Hi-Point .45 caliber handgun; and

b. Ammunition.

3. If, because of any act or omission by the defendant, the described property:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

then the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

ALAN S. KIRK
Assistant United States Attorney