UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ADDISON ISAIAH SELVIDGE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:26-CR-88-KAC-DCP |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Addison Isaiah Selvidge's Motion to Continue Trial Date and Relevant Deadlines [Doc. 16], which was filed on July 31, 2026.

Defendant Selvidge asks the Court to continue the motion and plea deadlines, as well as the trial in his case [*Id.*]. In support, Defendant states his counsel has been involved in a good faith effort to resolve his case [*Id.* ¶ 1]. Defendant explains that additional time is required for his counsel to communicate with him, discuss factual and legal issues, discuss pretrial motions, and confer with the Government regarding a potential resolution [*Id.*]. Defendant states that a continuance will permit the parties an opportunity to make a full resolution of all pending issues [*Id.* ¶ 2]. Defendant confirms his understanding of his speedy trial rights [*Id.* ¶ 3]. He also states that the Government does not object to the requested continuance [*Id.* ¶ 4].

Based upon the information in Defendant Selvidge's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18

U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendant's counsel needs additional time to review and discuss with Defendant issues in the case, including potential motions, and to confer with the Government regarding a potential resolution. The Court finds that this cannot occur before the September 8, 2026, trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue Trial Date and Relevant Deadlines [**Doc. 16**]. The trial date is reset to **January 26, 2027**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on July 31, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Motion to Continue Trial Date and Relevant Deadlines [**Doc. 16**] is **GRANTED**;

(2) the trial date is reset to commence on **January 26, 2027, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **July 31, 2026**, and the new trial date of **January 26, 2027**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is on or before **September 10, 2026**, and responses to pretrial motions are due on or before **September 24, 2026**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 28, 2026**;

(6) the deadline for filing motions *in limine* is **January 11, 2027**, and responses to motions *in limine* are due on or before **January 18, 2027**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **January 12, 2027, at 11:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 15, 2027**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge